HENRY J. FORDHAM, APPELLANT-PETITIONER, v. REHA-
BILITATION COMMISSION OF NEW JERSEY, ET AL.,
RESPONDENTS-RESPONDENTS.

*Mr. Henry J. Fordham* for the petitioner.

*Mr. David D. Furman* and *Mr. William L. Boyan* for the
respondents.

November 13, 1961.   Denied.

JOHN GRAHAM, ET AL., PLAINTIFFS-RESPONDENTS, v.
CITY OF ASBURY PARK, DEFENDANT-PETITIONER.

See same case below:   69 *N. J. Super.* 256.

*Mr. Ascenzio R. Albarelli* and *Mr. Robert V. Carton* for
the petitioner.

*Mr. Charles Frankel* and *Mr. Roger H. McGlynn* for the
respondents.

November 27, 1961.   Granted.